1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION

TERRY L. BEARD, ET AL,	C 10-01448 PVT
            Plaintiff(s)

                                        CLERK'S NOTICE CONTINUING
PAYPAL, INC.,                           CASE MANAGEMENT CONFERENCE

            Defendant(s).

The Case Management Conference currently set before Magistrate Trumbull on Tuesday, July 6, 2010 at 2:00 p.m. **is hereby rescheduled to Tuesday, July 20, 2010 at 2:00 p.m.** Case Management Conference statement due July 13, 2010.

Dated: June 24, 2010

/s/ Martha Parker Brown
_____
Martha Parker Brown
DEPUTY CLERK