UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY L. BEARD, dba TheBigDay.com, and THE BIG DAY LLC, an Oregon limited liability company<br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation<br>Defendant. | Case No. C 10-01448 JF<br><br>~~(PROPOSED)~~<br>ORDER GRANTING STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND TO ALLOW COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY<br>(AS MODIFIED BY THE COURT) |

Based upon the parties' Stipulated Motion to Reschedule Case Management Conference and to Allow Counsel for Parties to Appear Telephonically,

IT IS HEREBY ORDERED THAT the case management conference currently set for July 30, 2010[1] is reset to August ~~23~~ 27, 2010 at 10:30 a.m.

Counsel for the parties are allowed to appear at the conference telephonically.

DATED: July 21, 2010.

_____
Jeremy Fogel
United States District Judge

Presented by:

Frank J. Weiss, CA Bar No. 178903
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Direct Dial:  503.802.2051
Direct Fax:   503.972.3751
Email:  frank.weiss@tonkon.com

---

[1] The case management conference is currently scheduled for July 30, 2010.  However, the Court's July 14, 2010 Notice of Electronic Filing inadvertently sets the hearing for July 30, **2001**.

1
PROPOSED ORDER GRANTING STIPULATED MOTION TO RESCHEDULE CASE
MANAGEMENT CONFERENCE AND TO ALLOW COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing (PROPOSED) ORDER GRANTING STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND TO ALLOW COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY on:

Richard C. Darwin, SBN No. 161245
BUCHALTER NEMER, a professional corporation
333 Market Street, 25th Floor
San Francisco, CA 94105
  Direct Dial: 415.227.3555
  Fax: 415.227.0770
  E-Mail: rdarwin@buchalter.com

Lloyd Douglas Dix
Law Offices of Lloyd Douglas Dix, LLP
22287 Mulholland Highway
PMB 414
Calabasas, CA 91302
  Telephone: 818.526.1200
  Fax: 818.526.1216
  E-Mail: lloyddix@aol.com

Christopher W. Angius
HOLLAND & NIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
  Telephone: 503.243.2300
  Fax: 503.241.8014
  E-Mail: chris.angius@hklaw.com

☑ By electronic means through the Court's Case Management/Electronic Case File system and via U.S. mail to Lloyd Dix and Richard Darwin on the date set forth below.

DATED: July 20, 2010.

TONKON TORP LLP

By _____
Frank J. Weiss, CA Bar No. 178903
Attorney for Plaintiffs Terry L. Beard, dba TheBigDay.com, and The Big Day LLC, an Oregon limited liability company

031968/00004/2329184v1

2
PROPOSED ORDER GRANTING STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND TO ALLOW COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY