# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TERRY L. BEARD, dba TheBigDay.com, and THE BIG DAY LLC, an Oregon limited liability company<br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC., a Delaware corporation<br>Defendant. | Case No. C 10-01448 JF<br><br>~~(PROPOSED)~~<br>ORDER GRANTING STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND TO ALLOW COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY |

Based upon the parties' Stipulated Motion to Reschedule Case Management Conference and to Allow Counsel for Parties to Appear Telephonically,

IT IS HEREBY ORDERED THAT the case management conference currently set for November 5, 2010 is reset to November 19, 2010 at 10:30 a.m.

Counsel for the parties are allowed to appear at the conference telephonically. Counsel shall arrange the telephonic appearance with Court Call at 866-582-6878.

DATED: __November 3__, 2010.

_____
Jeremy Fogel
United States District Judge

Presented by:

David M. Weiler, OSB No. 085639
*(Admitted Pro Hac Vice)*
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099
Direct Dial:  503.802.5766
Direct Fax:  503.972.7466
Email:  david.weiler@tonkon.com

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that I served the foregoing (PROPOSED) ORDER GRANTING
3 STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND TO
ALLOW COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY on:

4
    Richard C. Darwin, SBN No. 161245
5     BUCHALTER NEMER, a professional corporation
    333 Market Street, 25th Floor
6     San Francisco, CA 94105
      Direct Dial:  415.227.3555
7       Fax:  415.227.0770
      E-Mail:  rdarwin@buchalter.com
8
    Lloyd Douglas Dix
9     Law Offices of Lloyd Douglas Dix, LLP
    22287 Mulholland Highway
10     PMB 414
    Calabasas, CA  91302
11       Telephone:  818.526.1200
      Fax:  818.526.1216
12     E-Mail:  lloyddix@aol.com

13
    Christopher W. Angius
14     HOLLAND & NIGHT LLP
    2300 U.S. Bancorp Tower
15     111 SW Fifth Avenue
    Portland, OR  97204
16       Telephone:  503.243.2300
      Fax:  503.241.8014
17       E-Mail:  chris.angius@hklaw.com

18     ☑   By electronic means through the Court's Case Management/Electronic
          Case File system and via U.S. mail to Lloyd Dix and Richard Darwin on
19           the date set forth below.

20
    DATED:  November 3, 2010.
21
                          TONKON TORP LLP
22

23                         By */s/ David M. Weiler*
                          David M. Weiler, OSB No. 085639
24                           *(Admitted Pro Hac Vice)*
                          Attorney for Plaintiffs Terry L. Beard, dba
25                           TheBigDay.com, and The Big Day LLC, an Oregon
26                           limited liability company

27

28 031968/00004/2540316v1                     2
(PROPOSED) ORDER GRANTING STIPULATED MOTION TO RESCHEDULE CASE MANAGEMENT
CONFERENCE AND TO ALLOW COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY – C 10-01448 JF